IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-32-D

| | |
|---|---|
| HARMONY HITCHNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERTZ CORPORATION, ) <br> ) <br> Defendant. ) | **ORDER** |

On June 1, 2020, defendant filed a suggestion of bankruptcy and notification of automatic stay. See [D.E. 16]. The court stays this action pursuant to 11 U.S.C. § 362, pending resolution of the bankruptcy case. See id. Parties shall notify the court within 14 days of settlement or resolution of the bankruptcy case.

Not later than June 18, 2021, the parties shall file a joint statement updating the court on the status of this case, the status of the bankruptcy proceedings, and advise the court of the status of settlement negotiations.

SO ORDERED. This 12 day of May 2021.

JAMES C. DEVER III
United States District Judge